UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
DANIEL MONSANTO LOPEZ,

                Petitioner,

          - against -

UNITED STATES OF AMERICA,

                Respondent.
---------------------------------X

**O R D E R**

20 Civ. 2410 (NRB)
16 Cr. 643 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** Petitioner Daniel Monsanto Lopez has petitioned the Court to vacate his sentence pursuant to 28 U.S.C. § 2255 for ineffective assistance of counsel; and

    **WHEREAS** the Government, after reviewing the petition, has concluded that the testimony of Petitioner's former counsel, Justin Levine, Esq. ("Counsel"), will be needed in order to allow the Government to respond fully to the petition; and

    **WHEREAS** the Court, after reviewing the petition, is satisfied that the testimony of Counsel is needed in order to allow the Government to respond fully to the petition; and

    **WHEREAS** in basing his petition on ineffective assistance of counsel, Petitioner has waived the attorney-client privilege as a matter of law; and

    **WHEREAS** the Court is cognizant that, absent court order, ethical concerns may inhibit Counsel from disclosing confidential

information relating to a prior client even in the absence of a privilege, see, e.g., ABA Standing Comm. on Ethics and Prof. Responsibility Formal Op. 10-456 (July, 14, 2010), <u>Disclosure of Information to Prosecutor When Lawyer's Former Client Brings Ineffective Assistance of Counsel Claim</u>;

**IT IS HEREBY ORDERED** that Counsel shall give sworn testimony, in the form of an affidavit, addressing the allegations of ineffective assistance of counsel made by Petitioner by June 18, 2020, and that the Government shall submit its opposition papers by July 20, 2020.

Dated:   New York, New York
         May 15, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE