UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

    - v -                              **ORDER**

DANIEL MONSANTO LOPEZ,                16 Crim. 643-1 (NRB)

        Defendant.

------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Upon reading the motion of defendant Daniel Monsanto Lopez, pursuant to Fed. R. Crim. P. 41(g), for return of property; it is hereby

**ORDERED** that the United States Attorney's Office shall file a response to the motion on or before April 18, 2022, and any reply thereto is due on or before May 18, 2022.

Dated:    New York, New York
           March 18, 2022

                                        NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE